# UNITED STATES DISTRICT COURT

for the

Northern District of Iowa

Cedar Rapids Division

RECEIVED JAN 03 2023 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF IOWA

Ethan Lee Palmer
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Case No. _____
*(to be filled in by the Clerk's Office)*

Nurse Joanne, Unidentified Provider, Tony Thompson, Nate Neff, (see attached)
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Ethan Lee Palmer
All other names by which you have been known:
ID Number: 95046
Current Institution: Black Hawk County Jail
Address: 225 E. 6th St.
Waterloo, IA 50703
City / State / Zip Code

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Tony Thompson
Job or Title (if known): Sheriff
Shield Number:
Employer: Black Hawk County
Address: 225 E. 6th St.
Waterloo, IA 50703
City / State / Zip Code
☐ Individual capacity  ☒ Official capacity

Defendant No. 2
Name: Nate Neff
Job or Title (if known): Jail Administrator
Shield Number:
Employer: Black Hawk County Sheriff
Address: 225 E 6th St.
Waterloo, IA 50703
City / State / Zip Code
☒ Individual capacity  ☒ Official capacity

Defendant No. 3
  Name: Nurse Joanne
  Job or Title (if known): Nurse
  Shield Number:
  Employer: NaphCare
  Address: Columbiana Road Suite 4000
  Birmingham  AL  35216
    City        State    Zip Code

  [X] Individual capacity  [ ] Official capacity

Defendant No. 4
  Name: Unidentified Provider
  Job or Title (if known): Doctor
  Shield Number:
  Employer: NaphCare
  Address: Columbiana Road Suite 4000
  Birmingham  AL  35216
    City        State    Zip Code

  [X] Individual capacity  [ ] Official capacity

II.  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)

  [X] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

[scribble] 14th & 8th

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Tony Thompson - Elected Sheriff by Blackhawk County and powers given by State of Iowa
Nate Neff - Hired and given authority by Sheriff Thompson
Nurse Joanne + Provider - Contracted by Blackhawk County

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Black Hawk County Jail, June 9, 2000 - Present

# IV Claims

1. Sheriff Tony Thompson is in charge of making sure the constitutional rights are adhered to at his jail. He is the top policy maker at the jail and the lack of training of Nate Neff makes him liable.

2. Nate Neff is responsible for ignoring Palmers pleas for appropriate medical care. He is jail supervisor and is in charge of contracts and medical hiring. He deliberately withheld medical care so that Palmer would not have injury information against Linn County.

3. Provider from Naphcare is negligent for disregarding Palmers injuries, taking less efficient course of treatment to save Naphcare money causing irreparable harm.

4. Nurse Joanne has deliberately ignored Palmers pleas, and ~~consented~~ violated Palmers right to treatment and caused greater harm + pain.

C. What date and approximate time did the events giving rise to your claim(s) occur?

June 9, 2022 - Present

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Torn rotator cuff, brain trauma, No treatment

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Preliminary Injunction for medical treatment and any other relief deemed appropriate by Court. $500/day Actual June 9th - Present
$1500/day Punitive

INMATE
Ethan Palmer 95046
BLACK HAWK COUNTY
SHERIFF'S OFFICE
225 E 6TH ST
WATERLOO, IA 50703

LEGAL 1of3

Deposit funds at
www.inmatecanteen.com

29 DEC 2022

XRAYED US MARSHALS SERVICE

US POSTAGE Pitney Bowes
ZIP 54022
$000.57
0000359605

12.29.22 EB

United States District Court
Northern District of Iowa
111 7th Ave SE, Box 12
Cedar Rapids, IA
52401

LEGAL 1of3

524018<!-- -->2103

Facts(1(3).

This complaint seeks the Courts intervention due to the actual and imminent dangers of facing complete shoulder replacement and permanent brain damage. These injuries were sustained in the assault on May 27, 2022 that is the incident surrounding Palmer v. Gardner, No. 22-cv-113.

Naphcare and Blackhawk County officials have, are and will continue to disregard Palmers injuries. The failure to treat his conditions could result in further significant injuries and the unnecessary infliction of additional pain.

Since June 9th Palmer has submitted Kytes, grievances, pleas to administrators and any available avenue for help and he has received none. All Naphcare nurses and providers will do is prescribe medication. Palmer has complained about headaches, brightness and noise. Palmer has asked for help for possible brain trauma. He has been ignored. Palmer was knocked unconscious at least twice and received numerous other blows to the head on May 27, 2022. CT scans from the ER, which naphcare nurses stated they did not need, did not show any abnormality. Such clean scans are normal in many cases of TBI.

Facts 4/3

Palmer suffers from, and has been prescribed, medications for heartburn, nausea and pain. All signs of TBI. Everyone involved mocks the amount of kytes and grievances. The scattered thoughts are obvious and Palmer even apologized for a few outbursts.

Palmer had an IQ of 134, a Civil and Construction Engineering degree. He had 100 employees underneath him at Pries Enterprises and opened his own business. Scattered thoughts, inability to concentrate, agitation are all signs Palmer suffered some brain injury that Naphcare will not discuss or treat.

Palmer's shoulder most likely has already passed the irreparable point. The pain started behind the shoulder has gone down the tricep and into the bicep. Palmer's left arm burns and his fingers are swollen and sore. The pain is now radiated to the forearm and armpit. All signs of a torn rotator cuff as well as other tendons.

Medical, sports, as well as the

Facts #3

Courts deem a rotator cuff tear a serious injury and waiting longer than 6 months makes repair of the rotator cuff almost impossible. A complete shoulder repair is often needed.

Palmer has sent medical requests on 6/16, 7/15, 8/20, 8/28, 8/30, 9/16, 9/22, 10/6, 10/16, 10/27, 11/1, 11/15, 11/20, 12/5, 12/10 and 12/22.

I ask the Court order Tony Thompson to ensure transport for proper medical treatment for shoulder and TBI assessment.

Info

Palmer has been waiting for certification of account for over a week and it does not appear they are willing to complete

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Black Hawk County Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

ALL

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Black Hawk County Jail

2. What did you claim in your grievance?

   Needed medical attention

3. What was the result, if any?

   Denied, mocked

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Lt. Brown stated in grievance appeal that there is no further appeal and encouraged me to file suit.

Case 6:23-cv-02001-CJW-KEM   Document 1-1   Filed 01/03/23   Page 12 of 18

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

    _____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

VIII. **Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

**INMATE**
Ethan Palmer 95046
**BLACK HAWK COUNTY**
**SHERIFF'S OFFICE**
**225 E 6TH ST**
**WATERLOO, IA 50703**

Deposit funds at www.inmatecanteen.com

XRAYED US MARSHALS SERVICE


US POSTAGE PITNEY BOWES
ZIP 54022 $000.57
02 4W
0000359603

No postmark date E/B

LEGAL 2/3

United States District Court
Northern District of Iowa
111 7th Ave SE, Box 12
Cedar Rapids, IA 52401

LEGAL 2/3

RECEIVED JAN 03 2023
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes
☒ No

Assault which caused these injuries 22-cv-113

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit
   Plaintiff(s) Ethan Palmer
   Defendant(s) Gardner, et al

2. Court (if federal court, name the district; if state court, name the county and State)
   Federal

3. Docket or index number
   22-cv-113

4. Name of Judge assigned to your case
   CJ Williams

5. Approximate date of filing lawsuit
   11-15-2022

6. Is the case still pending?
   ☒ Yes
   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

   Passed Initial Review

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
   No

Page 9 of 11

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   NA
   Defendant(s)   NA

2. Court *(if federal court, name the district; if state court, name the county and State)*

   NA

3. Docket or index number
   NA

4. Name of Judge assigned to your case
   NA

5. Approximate date of filing lawsuit
   NA

6. Is the case still pending?

   ☐ Yes
   ☐ No    NA

   If no, give the approximate date of disposition   NA

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   NA

IX.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/27/22

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Ethan Palmer
Prison Identification #: 95046
Prison Address: 225 E 6th St.
Waterloo, IA 50703

B.  **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
  City  State  Zip Code
Telephone Number
E-mail Address

INMATE
Ethan Palmer 95096
BLACK HAWK COUNTY
SHERIFF'S OFFICE
225 E 6TH ST
WATERLOO, IA 50703

Deposit funds at
www.inmatecanteen.com

XRAYED US MARSHALS SERVICE

US POSTAGE ™ PITNEY BOWES
ZIP 54022
02 4W
0000359603
$ 000.57⁰

No postmark date
EB

United States District Court
Northern District of Iowa
111 7th Ave SE, Box 12
Cedar Rapids, IA

LEGAL
3 of 3

LEGAL
3 of 3

5240182103 C001